IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jimmy Lee Eisenhour,<br><br>        Petitioner,<br><br>v.<br><br>M. Gutierrez,<br><br>        Respondent. | No. CV-23-00279-TUC-JCH<br><br>**ORDER** |

On January 24, 2024, Magistrate Judge Maria S. Aguilera issued a Report and Recommendation ("R&R"), recommending that the Court deny Petitioner Jimmy Lee Eisenhour's petition for a writ of habeas corpus under 28 U.S.C. § 2241. Doc. 10. The R&R notified the parties they had fourteen (14) days from the date of the R&R to file any objections. *Id.* at 3. No objections have been filed.

If no objections are filed, the district judge is not required to review the magistrate judge's R&R under any specified standard of review. *Thomas v. Arn*, 474 U.S. 140, 150 (1985). However, the district judge may conduct further review, "sua sponte or at the request of a party, under a de novo or any other standard." *Id.* at 154.

The Court has reviewed and considered the Petition (Doc. 1), Warden Gutierrez's Response and exhibits (Doc. 7), and the Magistrate's R&R (Doc. 10). The Court finds the R&R is well–reasoned and adopts Magistrate Judge Aguilera's findings and conclusions.

The Court need not issue a certificate of appealability in this matter. *See Harrison v. Ollison*, 519 F.3d 952, 958 (9th Cir. 2008) (finding a § 2241 habeas does not require a

certificate of appealability "unless the section 2241 petition is a section 2255 petition in disguise").

Accordingly, **IT IS ORDERED:**

1. **ADOPTING** the R&R (Doc. 10); and

2. **DENYING** Petitioner Eisenhour's Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241 (Doc. 1.) and **DISMISSING** this matter. The Clerk of Court shall docket this matter accordingly.

Dated this 1st day of March, 2024.

John C. Hinderaker
United States District Judge